## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Eastern District of New York

Index Number: 1:18-CV-05351 NGG-LB                                                                 Date Filed: _____

Plaintiff:
**Jonathan Johnson individually and on behalf of all others similarly situated**

vs.

Defendant:
**7-Eleven, Inc.**

For:
Spencer Sheehan, Esq.
Sheehan & Associates, P.C.
891 Northern Blvd.
Suite 201
Great Neck, NY 11021

Received by On Time Process Service on the 21st day of December, 2018 at 9:38 am to be served on **7-Eleven, Inc. c/o registered agent Corporate Creations Network, Inc., 2425 W. Loop South, Suite 200, Houston, TX 77027.**

I, Branden Jasper, being duly sworn, depose and say that on the **26th day of December, 2018 at 9:16 am, I:**

delivered a true copy of the **Summons in a Civil Action, Complaint** to **Trent Bavaro personally** at the address of **2425 W. Loop South, Suite 200, Houston, TX 77027**, and informed said person of the contents therein, in compliance with state statutes.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

Subscribed and Sworn to before me on the 26th day of December, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

SERA ANN ETHREDGE
Notary Public, State of Texas
My Commission Expires
August 11, 2019

**Branden Jasper**
PSC-3529 Exp 6/30/2020

**On Time Process Service**
1700 Pacific Ave
Suite 1040
Dallas, TX 75201
(214) 740-9999

Our Job Serial Number: ONT-2018004951
Ref: Johnson

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0i

